AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
| v. | ) Case: 1:25-mj-00163 |
| Treyvon Cooper | ) Assigned To: Judge Upadhyaya. Moxila A. |
| | ) Assign. Date: 8/22/2025 |
| | ) Description: COMPLAINT W/ARREST WARRANT |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Treyvon Cooper                                                                                     ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:
    21 U.S.C. 844 (Unlawful Possession of a Controlled Substance)


Date: 08/22/2025

                                                                                        *M.A. Upah* (signature)
                                                                                        *Issuing officer's signature*

City and state:    Washington, D.C.                                        Moxila A. Upadhyaya, U.S. Magistrate Judge
                                                                                        *Printed name and title*

---

**Return**

This warrant was received on *(date)* 08/25/2025, and the person was arrested on *(date)* 08/25/2025
at *(city and state)* Washington DC.

Date: 08/25/2025
                                                                                        *Arresting officer's signature*

                                                                                        McBride                        DUSM
                                                                                        *Printed name and title*